**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| DARREN WEEKS SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 21 cv 1347 |
| | ) | |
| ANDREW T. STOUT and | ) | (Peoria County, Illinois |
| MFS FLEET, INC., | ) | No. 2021-LM-00443) |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**DEFENDANTS MFS FLEET, INC., AND ANDREW T. STOUT'S NOTICE OF**
**REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**

Defendants, ANDREW T. STOUT ("Stout") and MFS FLEET, INC. ("MFS"), by their

attorneys, THE HUNT LAW GROUP, LLC, hereby give notice that this action has been removed

from the Circuit Court of Peoria County, in the State of Illinois, to the United States District Court

for the Central District of Illinois, Peoria Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

and respectfully state as follows:

1.      On October 19, 2021, the plaintiff, DARREN WEEKS SR. ("Weeks") filed a civil

complaint captioned <u>Darren Weeks Sr. v. Andrew T. Stout and MFS Fleet, Inc.</u> Case No. 2021-

LM-00443, in the Circuit Court of Peoria County, Illinois. The complaint alleges that, as a result

of a motor vehicle accident which occurred on May 22, 2021, the plaintiff "sustained severe and

permanent injuries, both externally and internally, and he was thereby greatly hurt, bruised, and

wounded in numerous parts of his body, and he became therefrom sick, sore, lame and disordered

and so remained for a long period of time thereafter, during all of which time he suffered great

pain and anguish, both in mind and body, and will in the future continue to so suffer, and he was

by reason of said injuries hindered and prevented from attending to his usual duties and affairs,

including work responsibilities, and he was compelled to and will be compelled to expend and become liable for large sums of money for hospital, medical and surgical services in and about endeavoring to become healed and cured of his injuries." (See Complaint at Law, attached hereto as **Exhibit A**). The work was performed for McLane Foodservice, Inc.

2.     On October 27, 2021, MFS was served with the Complaint at Law.

3.     On October 28, 2021, Stout was served with the Complaint at Law.

4.     The Hunt Law Group, LLC has been retained to defend each of the named defendants in this matter – MFS Fleet, Inc., and Andrew T. Stout. Thus, through their attorneys, every defendant who has been properly served and consents to removal.

5.     Upon information and belief, the plaintiff, Weeks, is now and was at the time of the occurrence and the commencement of this lawsuit a citizen of the State of Illinois. Upon information and belief, Weeks resides at 1618 N. Dechman Avenue, Peoria, Illinois 61603.

6.     The defendant, MFS Fleet, Inc., is a citizen of the State of Texas. MFS is now and was at the time of the occurrence and the commencement of this lawsuit incorporated in Texas, with its principal place of business in Temple, Texas.

7.     The defendant, Stout, is an individual and citizen of the State of Wisconsin. He resides at 1118 59th Street, Kenosha, Wisconsin 53140.

8.     Accordingly, neither of the defendants is a citizen of the State of Illinois nor has a principal place of business in Illinois. Therefore, there is a complete diversity between the parties pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b).

9.      The defendant, MFS Fleet, Inc., is wholly owned by McLane Company, Inc. (See MFS Fleet, Inc.'s Corporate Disclosure Statement, attached hereto as **Exhibit B**).

### Amount in Controversy

10.     Plaintiff has not alleged a specific amount in controversy. Plaintiff's prayer for relief requests a judgment against Stout and MFS for "an amount in excess of Ten Thousand and 0/100 Dollars ($10,000.00) but not to exceed Fifty Thousand and 0/100 Dollars ($50,000.00) plus costs, and for such other relief as may be just and proper." Additionally, the Complaint contains additional counts for property damage against Stout and MFS, with the prayers for relief requesting a judgment "in the amount of $14,158.26 plus costs, and for such other relief as may be just and proper." (See plaintiff's Complaint, attached hereto as **Exhibit A**.)

11.     The plaintiff is claiming, *inter alia*, that he sustained "severe and permanent injuries, both externally and internally, and he was thereby greatly hurt, bruised, and wounded in numerous parts of his body…" and that he "will in the future continue to so suffer, and he was by reason of said injuries hindered and prevented from attending to his usual duties and affairs, including work responsibilities, and he was compelled to and will be compelled to expend and become liable for large sums of money for hospital, medical and surgical service." (See plaintiff's Complaint, attached hereto as **Exhibit A**.)

12.     Based upon the damage allegations contained in the Complaint, and the plaintiff's self-admitted lack of knowledge as to the nature and extent of bodily injury damages sustained by him, the defendants state their good faith belief that the amount-in-controversy exceeds $75,000, exclusive of interest and costs. *See Dart Cherokee Basin Operating Co. v. Owens,* 574 U.S. 81 (2015); *Midland Management v. American Alternative Ins. Corp.*, 132 F.Supp.3d 1014 (N.D.Ill.

2015); *Roppo v. Travelers Commercial Ins. Co.*, 869 F.3d 568 (7th Cir. 2017). Specifically, defendants' counsel has reached out to plaintiff's counsel to gather the specific bodily injuries claimed, as well as the plaintiff's medical bills to date to account for total damages, but plaintiff's counsel has not been responsive in this regard. (See correspondence between defendants' counsel and plaintiff's counsel regarding requests for amounts of damages attached as **Exhibit C**.)

13.    The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court by the defendants pursuant to 28 U.S.C § 1446(a), because it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action is pending.

14.    This Notice of Removal is being filed within the thirty-day deadline as prescribed by 28 U.S.C. § 1446(b).

15.    Attached to this filing are certified copies of all pleadings and orders that have been filed in the state court action. (See **Exhibit A**).

16.    Promptly after filing this Notice of Removal, the defendants will file a true and accurate copy of this Notice of Removal with the clerk of the Circuit Court of Peoria County, Illinois. Written notice of the filing will also be provided to the plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the defendants, ANDREW T. STOUT and MFS FLEET, INC., hereby give notice that this matter captioned Darren Weeks Sr. v. Andrew T. Stout and MFS Fleet, Inc. Case No. 2021-LM-00443, which was filed in the Circuit Court of Peoria County, Illinois, is removed to the United States District Court for the Central District of Illinois.

**THE DEFENDANTS DEMAND TRIAL BY JURY**

Respectfully submitted,

THE HUNT LAW GROUP, LLC

/s/ Brian J. Hunt_____
Brian J. Hunt

Brian J. Hunt (6208397)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
312-443-9391 (fax)
bhunt@hunt-lawgroup.com

## IN THE CIRCUIT COURT OF THE TENTH
## JUDICIAL CIRCUIT PEORIA COUNTY, ILLINOIS

DARREN WEEKS SR.,           )
                            )
            Plaintiff,      )
                            )        Case: 21-LM-00443
    vs.                     )
                            )
ANDREW T. STOUT AND         )
MFS FLEET, INC.,            )
                            )
            Defendants,     )

### 30 DAY SUMMONS

TO DEFENDANT 1: Andrew T. Stout  DOB: 2/91 phone: 217-491-3811
ADDRESS: 21 Gardendale Dr. Apt A, Jacksonville, IL 62650

TO DEFENDANT 2: MFS Fleet, Inc registered agent CT Corporation System
ADDRESS: 208 S. LaSalle St. Suite 814, Chicago, IL 60604

      You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in Peoria County Courthouse, Peoria, Illinois within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

      **You are required to file your written appearance by yourself or your attorney and pay the required fee.** Such a fee may be waived if a defendant is deemed pauper by the Court. Pauper's Affidavits are available and fees must be paid in the Office of the Circuit Clerk, Peoria County Courthouse, 324 Main St. Peoria, IL 61602. Due to the COVID-19 virus. Upon receiving this notice you shall immediately email mthomas@rochfordlaw.com to either provide or to verify your email address and phone number.

      **E-filing** is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers. htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp.

      This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

      This summons may not be served later than 30 days after its date.



EXHIBIT
A

WITNESS:_____10/5/2021_____,2021

_Robert M Spears_

CLERK OF COURT

BY:_____

DEPUTY

SEAL
CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS ★ PEORIA COUNTY, ILLINOIS

Jim Rochford & Associates
101 S.W. Adams Suite 700
Peoria, Illinois 61602-1371
Phone: (309) 637-5322  Fax: (309) 637-5346
E-Mail mthomas@rochfordlaw.com
Peoria Attorney #1612

# IN THE CIRCUIT COURT OF THE TENTH
# JUDICIAL CIRCUIT PEORIA COUNTY, ILLINOIS

DARREN WEEKS SR.,　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　　　Plaintiff,　　　　）
　　　　　　　　　　　　　　　　　）　　　　Case: 2021-LM-00443
　　　vs.　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
ANDREW T. STOUT AND　　　　　　）
MFS FLEET, INC.,　　　　　　　　 ）
　　　　　　　　　　　　　　　　　）
　　　　　　　　Defendants,　　　 ）

## ALIAS 30 DAY SUMMONS

TO DEFENDANT 1: Andrew T. Stout  DOB: 10/89 phone: 262-455-2197
ADDRESS: 1118 59th. St., Kenosha, Wisconsin 53140

　　　You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in Peoria County Courthouse, Peoria, Illinois within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.
　　　**You are required to file your written appearance by yourself or your attorney and pay the required fee.** Such a fee may be waived if a defendant is deemed pauper by the Court. Pauper's Affidavits are available and fees must be paid in the Office of the Circuit Clerk, Peoria County Courthouse, 324 Main St. Peoria, IL 61602. Due to the COVID-19 virus. Upon receiving this notice you shall immediately email mthomas@rochfordlaw.com to either provide or to verify your email address and phone number.
　　　**E-filing** is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers. htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp.
　　　This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.

　　　This summons may not be served later than 30 days after its date.

　　　　　　　　　　　　　　　　　　　　10/19/2021
　　　　　　　　　　　　　WITNESS:_____,2021

　　SEAL　　　　　　　　　　　　*Robert M Spears*
　　　　　　　　　　　　　　　　　CLERK OF COURT
　　　　　　　　　　　　　　　　　　　　MH
　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　DEPUTY

Jim Rochford & Associates
101 S.W. Adams Suite 700
Peoria, Illinois 61602-1371
Phone: (309) 637-5322  Fax: (309) 637-5346
E-Mail mthomas@rochfordlaw.com
Peoria Attorney #1612



**EXHIBIT**

A

FILED
ROBERT M. SPEARS
10/5/2021 3:36 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

Darren Weeks, Sr.,      )
                                 )
         Plaintiff,      )
                                 )
vs.                              )
                                 )
Andrew T. Stout, and MFS Fleet, Inc.      )
                                 )
                                 )
         Defendants.      )

CASE NUMBER:    **21-LM-00443**

THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON 2/18/2021 @ 9:30a IN COURTROOM 213/214 OF THE PEORIA COUNTY COURTHOUSE. IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 25 DAYS OF THE DATE THE ANSWER'S PLED

## COMPLAINT

### *COUNT 1: NEGLIGENCE – BODILY INJURY*
### *DARREN WEEKS, SR. V. ANDREW STOUT*

NOW COMES Plaintiff, DARREN WEEKS, SR., by and through his attorneys, JIM ROCHFORD AND ASSOCIATES, who states and complains against Defendant, ANDREW T. STOUT, as follows:

1) All or part of the underlying incident occurred in Peoria County, Illinois.

2) All actions complained of herein occurred at or around 3101 N. Sterling Avenue, in Peoria, Illinois.

3) On or about May 22, 2021, at approximately 8:20 a.m., Plaintiff, DARREN WEEKS, SR., was operating his vehicle, a 2017 GMC Sierra, and was exercising due care for the safety of himself and all other nearby motorists, turned into the parking lot at 3101 N. Sterling Avenue, Peoria, Illinois, and was at a complete stop.

4) At the aforementioned time and place, Defendant, ANDREW STOUT, was operating his vehicle, a 2018 Freightliner Tractor, which was leaving the parking lanes from the above-referenced parking lot in an attempt to turn left onto Sterling Avenue.

5) At the aforementioned time and place, as Defendant attempted to turn left out of the above-referenced parking lot, Defendant's vehicle collided with the front bumper and driver's side door of Plaintiff's vehicle, thereby dragging Plaintiff's vehicle approximately 30 feet.

6) At the aforementioned time and place, Defendant, owed a duty to use reasonable care in the operation of his motor vehicle so as to avoid an accident, to keep a safe and proper


EXHIBIT
A
tabbies

lookout for other automobiles so as to avoid an accident, operate his motor vehicle at a safe and reasonable speed, and to operate his vehicle in a safe and reasonable manner as to avoid contact with any other motor vehicles.

7) At the aforementioned time and place, Defendant breached his aforementioned duty to Plaintiff by operating the motor vehicle in a careless and negligent manner by:

   a. Failing to reduce his speed so as to avoid an accident;

   b. Failing to keep a safe and proper lookout for other automobiles so as to avoid an accident;

   c. Operating his motor vehicle at an unsafe and careless rate of speed;

   d. Failing to operate his vehicle in a safe and reasonable manner so as to avoid contact with other vehicles, including Plaintiff's vehicle by driving and striking his vehicle into Plaintiff's vehicle.

8) As a direct and proximate result of Defendant's negligent misconduct, Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and he was thereby greatly hurt, bruised, and wounded in numerous parts of his body, and he became therefrom sick, sore, lame and disordered and so remained for a long period of time thereafter, during all of which time he suffered great pain and anguish, both in mind and body, and will in the future continue to so suffer, and he was by reason of said injuries hindered and prevented from attending to his usual duties and affairs, including work responsibilities, and he was compelled to and will be compelled to expend and become liable for large sums of money for hospital, medical and surgical services in and about endeavoring to become healed and cured of his injuries.

WHEREFORE Plaintiff, DARREN WEEKS, SR., prays this Honorable Court enter judgment in his favor and against Defendant, ANDREW STOUT, in an amount in excess of Ten Thousand and 0/100 Dollars ($10,000.00) but not to exceed Fifty Thousand and 0/100 Dollars ($50,000.00) plus costs, and for such other relief as may be just and proper.



EXHIBIT

A

## COUNT II: PROPERTY DAMAGE
### DARREN WEEKS, SR. v. ANDREW STOUT

NOW COMES Plaintiff, DARREN WEEKS, SR., by and through his attorneys, JIM ROCHFORD AND ASSOCIATES, who states and complains against Defendant, ANDREW T. STOUT, as follows:

1-8) Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as paragraphs 1 through 8 of Count II.

9) As a result of the aforesaid violation of duty of care against Plaintiff by Defendant, Plaintiff incurred property damage in the amount of $14,158.26.

WHEREFORE Plaintiff, DARREN WEEKS, SR., prays this Honorable Court enter judgment in his favor and against Defendant, ANDREW STOUT, in the amount of $14,158.26 plus costs, and for such other relief as may be just and proper.

## COUNT III: BODILY INJURY – RESPONDEAT SUPERIOR
### DARREN WEEKS, SR., v. MFS FLEET, INC.

1-8) Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as paragraphs 1 through 8 of Count III.

9) At the aforementioned time and place and all relevant times hereto, Defendant ANDREW STOUT was an employee working within the course and scope of his employment for Defendant MFS FLEET, INC., who owned the 2018 Tractor motor vehicle.

10) As a result of the above-referenced employer and employee relationship, Defendant MFS FLEET, INC., is vicariously liable for the violation of duty by Defendant ANDREW STOUT under a theory of Respondeat Superior.

WHEREFORE Plaintiff, DARREN WEEKS, SR., prays this Honorable Court enter judgment in his favor and against Defendant, MFS FLEET, INC., in an amount in excess of Ten Thousand and 0/100 Dollars ($10,000.00) but not to exceed Fifty Thousand and 0/100 Dollars ($50,000.00) plus costs, and for such other relief as may be just and proper.



EXHIBIT

A

### COUNT IV: PROPERTY DAMAGE – RESPONDEAT SUPERIOR
### DARREN WEEKS, SR. v. MFS FLEET, INC.

1-8) Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as paragraphs 1 through 8 of Count IV.

9) As a result of the aforesaid violation of duty of care against Plaintiff by Defendant, Plaintiff incurred property damage in the amount of $14,158.26.

10) At the aforementioned time and place and all relevant times hereto, Defendant ANDREW STOUT was an employee working within the course and scope of his employment for Defendant MFS FLEET, INC., who owned the 2018 Tractor motor vehicle.

11) As a result of the above-referenced employer and employee relationship, Defendant MFS FLEET, INC., is vicariously liable for the violation of duty by Defendant ANDREW STOUT under a theory of Respondeat Superior.

WHEREFORE Plaintiff, DARREN WEEKS, SR., prays this Honorable Court enter judgment in his favor and against Defendant, MFS FLEET, INC., in the amount of $14,158.26 plus costs, and for such other relief as may be just and proper.

Respectfully submitted,

DARREN WEEKS, SR., Plaintiff

By: _____
JIM ROCHFORD & ASSOCIATES

JIM ROCHFORD & ASSOCIATES
101 SW Adams Street, Suite 700
Peoria, IL 61602
(309)637-5322
(309)637-5346 (FAX)
E-Mail: drochford@rochfordlaw.com
Peoria Attorney #1612
Attorney #6331503

EXHIBIT
A

## **VERIFICATION**

I, DARREN WEEKS SR. , having first been duly sworn, do state and depose that I am the Plaintiff herein and that I have reviewed the above and foregoing Complaint and same is true and correct to the best of my information and belief.

DARREN WEEKS SR.

Subscribed and sworn to before me this

5 day of October , 2021.

Notary Public

MARY L THOMAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 24, 2022



EXHIBIT

A

FILED
ROBERT M. SPEARS
10/5/2021 3:36 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

| | |
|---|---|
| Darren Weeks, Sr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER: **21-LM-00443** |
| | ) |
| Andrew T. Stout, and MFS Fleet, Inc, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### RULE 222(B) AFFIDAVIT

I, the undersigned attorney for Jim Rochford & Associates, having been first duly sworn and upon oath states as follows:

1. I would be competent to testify concerning the matters contained in this affidavit.

2. As attorney for Plaintiff, I have reviewed the facts of this case and have determined that the total amount of money damages sought does exceed Ten Thousand Dollars ($10,000.00) but is less than Fifty Thousand Dollars ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Affiant

Subscribed and sworn to before me this ____5____ day of ___October___, 20_21_.

(seal)

_____
Notary Public

> MARY L THOMAS
> OFFICIAL SEAL
> Notary Public, State of Illinois
> My Commission Expires
> May 24, 2022

Jim Rochford & Associates
Nicholas J. Rochford
101 SW. Adams, Suite 700
Peoria, IL 61602
Phone:    (309) 637-5322
Fax:       (309) 637-5346
E-mail: drochford@rochfordlaw.com
Peoria Attorney Firm No: 1612
Attorney #6331503

**EXHIBIT**

A

State of Wisconsin)
                  )ss
County of Kenosha)

FILED
ROBERT M. SPEARS
11/1/2021 3:15 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## AFFIDAVIT OF SERVICE

The Affiant, being first duly sworn on oath states the following:

I am a Deputy Sheriff with the Kenosha County Sheriff's Department, an adult resident of the State of Wisconsin, and not a party to this action. I hereby certify that I personally served the listed document(s) to the person identified below.

Documents Served:
  ALIAS 30 DAY SUMMONS, COMPLAINT

| | |
|---|---|
| Court File Number: | 21-LM-443 |
| Plaintiff | WEEKS, DARREN  Sr |
| Defendant | ANDREW T. STOUT & MFS FLEET, INC., |
| Person to be Served: | TADYCH-STOUT, ANDREW THOMAS |

Personal Service:   ☑Yes   Name: _____
                                (Print the name if it different from above) (I.e. full name, married name, spelling corrections, etc.)

Substitute Service:   ☐Yes   Name: _____

                             Relationship: _____
                                          (Parent, sibling, fiancé, spouse, roommate, etc.)

Documents Posted:   ☐Yes   Location: _____
                                     (Front Door, Garage Door, Front Window, etc.)

Address Served:   _1118 · 59 ST · KENOSHA , WI_
                                (Address, Venue City, State, Zip)

Date/Time Served:   _10/28/21_ at _0900_ hrs.

Attempt #1: _____ at _____ hrs.       Attempt #2: _____ at _____ hrs.

Attempt #3: _____ at _____ hrs.       Copy Mailed: _____ at _____ hrs.

                                            A copy was mailed to the subject at the address listed above.

Fees:   Reg Paper Serv   $40.00

I further explained the contents thereof and endorsed my name and date of service on said copy so served.

Dated at Kenosha, Wisconsin this _28th_ day of _Oct_ _2021_

_Dep. W. Fur rb_
Deputy Signature              Unit Number

_Dep. W. Beck  176_
Print Your Name               Unit Number

Subscribed and sworn to before me this

_28_ day of _October_ , _2021_

_Brenna Revis_
Notary Public, Kenosha County, WI

My Commission Expires: _10/18/2025_

BRENNA REVIS
NOTARY PUBLIC
STATE OF WISCONSIN

EXHIBIT
A

FILED
ROBERT M. SPEARS
11/1/2021 8:53 AM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**AFFIDAVIT OF SERVICE**

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 21-LM-00443 | Circuit Court of the Tenth Judicial Circuit | Peoria, IL | 6280887 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Darren Weeks Sr | Andrew T. Stout and MFS Fleet, Inc. |

| Received by: | For: |
|---|---|
| Hogan Investigative Services, Inc | Jim Rochford & Associates |

| To be served upon: |
|---|
| MFS Fleet, Inc. c/o CT Corporation System |

I, Richard Hogan , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | MFS Fleet, Inc. c/o CT Corporation System, Corporate: 208 S LaSalle St Ste 814, Chicago, IL 60604-1000 |
| Manner of Service: | Corporation, Oct 27, 2021, 12:33 pm CDT |
| Documents: | 30 Day Summons, Complaint, Verification, Rule 222 (b) Affidavit |

**Additional Comments:**
1) Successful Attempt: Oct 27, 2021, 12:33 pm CDT at Corporate: 208 S LaSalle St Ste 814, Chicago, IL 60604-1000 received by MFS Fleet, Inc. c/o CT Corporation System.

*Richard L Hogan*  10/27/2021

Richard Hogan
117.001699

Hogan Investigative Services, Inc
519 A Zenith Dr
Glenview , IL 60025
312.609.9448

*Subscribed and sworn to before me by the affiant who is personally known to me.*

*Tina R. Hogan*

Notary Public
10/27/2021          08/21/2025

Date          Commission Expires

TINA R. HOGAN
OFFICIAL SEAL
Notary Public - State of Illinois
Commission Expires Aug 21, 2025

**EXHIBIT**
A

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| DARREN WEEKS SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | |
| ANDREW T. STOUT and | ) | (Peoria County, Illinois |
| MFS FLEET, INC., | ) | No. 2021-LM-00443) |
| | ) | JURY DEMAND |
| Defendants. | ) | |

<u>**DEFENDANT MFS FLEET, INC.'S
CORPORATE DISCLOSURE STATEMENT**</u>

Defendant, MFS FLEET, INC., by its attorneys, THE HUNT LAW GROUP, LLC, and for

its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as

follows:

1.  MFS FLEET, INC. is a corporation. One hundred percent (100%) of MFS FLEET,

INC.'s stock is wholly owned by McLane Company, Inc.

**THE DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

THE HUNT LAW GROUP, LLC

/s/ Brian J. Hunt_____
Brian J. Hunt



Brian J. Hunt (6208397)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
312-443-9391 (fax)
bhunt@hunt-lawgroup.com

**EXHIBIT**

B

# THE HUNT LAW GROUP, LLC

10 SOUTH LASALLE STREET, SUITE 1450
Chicago, Illinois 60603
312.384.2300 (Main)
312.443.9391 (Fax)
www.hunt-lawgroup.com

Michael A. Ciulla
mciulla@hunt-lawgroup.com

Direct Line:
312.384.2314

October 29, 2021

**Via Email and Facsimile**
James M. Rochford
Timothy P. Cushing
Nicholas J. Rochford
Jim Rochford & Associates
101 SW Adams, Suite 700
Peoria, IL 61602
drochford@rochfordlaw.com

|         |              |                                  |
|---------|--------------|----------------------------------|
| Re:     | Claimant:    | Darren Weeks                     |
|         | Our Clients: | Andrew Stout & MFS Fleet, Inc.   |
|         | Date of Loss:| 05/22/2021                       |
|         | Claim No.    | CSI 21068163                     |
|         | Our File No.:| 31176                            |

Counsels:

Our office represents Andrew Stout and MFS Fleet, Inc. regarding the above referenced matter.

This correspondence shall document that on October 29, 2021, I contacted your office and requested the following information for the above referenced matter:

1. Any and all proofs of service of process for MFS Fleet, Inc.;
2. Inquiry into the specific figure of damages alleged by the plaintiff;
3. Inquiry into the specific injuries allegedly sustained by the plaintiff;
4. Inquiry into the amount of claimed medical bills the plaintiff has amounted to date;
5. Inquiry into any residual injury and future treatment the plaintiff may require;
6. Inquiry into any claim for lost income by the plaintiff.

At your earliest convenience, please contact me in order to discuss the above items. I look forward to your response, and I appreciate your cooperation in this regard.



EXHIBIT

C

tabbies®

Respectfully,

THE HUNT LAW GROUP, LLC

By:    Michael A. Ciulla

Michael A. Ciulla
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
(312) 384-2314
mciulla@hunt-lawgroup.com

EXHIBIT

C

# Jim Rochford
# & Associates

## Attorneys at Law
### Established 1986

Jim Rochford, Esq.
Timothy P. Cushing, Esq.
Nicholas J. Rochford, Esq.
Cynthia Volk, Esq., Of Counsel

101 SW Adams
Suite 700
Peoria, IL 61602

Phone: (309) 637-5322
Facsimile: (309) 637-5346
E-Mail: drochford@rochfordlaw.com

November 1, 2021

Email: mciulla@hunt-lawgroup.com
**Attn: Michael A. Ciulla, Esq.**
The Hunt Law Group, LLC
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603

Re:  Our Client:        Darren Weeks, Sr.
     Your Client:       Andrew Stout & McLane Company, Inc.
     DOL:               05/22/2021
     Your Claim No.:    CSI 21068163
     Case No.:          2021-LM-00443 Peoria County
     Our File No.:      21-612

Dear Michael:

I am writing to you as a follow up to your phone call and letters to my office dated October 29th concerning your representation of the defendants on the above-mentioned case.

In your first letter, you requested numerous items be preserved for litigation purposes. We will follow up with our client on preserving these items to the best of our ability, considering the accident occurred over 5 months ago. In addition, your second letter requested numerous other items related to our pending litigation. My client is still currently undergoing medical treatment but once he has been released from treatment, we will subpoena all of his relevant medical bills and records and will forward the same to you upon their receipt.

In the meantime, can you please advise on whether you will be filing an Entry of Appearance and when we can anticipate a response to our complaint? I am also attaching hereto a copy of the property damage demand and preservation of evidence previously sent to your client prior to your involvement on the case.



EXHIBIT
C

I look forward to working with you on this matter. If you have any questions, please contact my office.

Sincerely,

For Jim Rochford and Associates

Njr/1
Email: nrochford@rochfordlaw.com
Enclosures

EXHIBIT

C

# THE HUNT LAW GROUP, LLC

10 SOUTH LASALLE STREET, SUITE 1450
Chicago, Illinois 60603
312.384.2300 (Main)
312.443.9391 (Fax)
www.hunt-lawgroup.com

Michael A. Ciulla                                                              Direct Line:
mciulla@hunt-lawgroup.com                                                      312.384.2314

November 3, 2021

**Via Email and Facsimile**
Nicholas J. Rochford, Esq.
Jim Rochford & Associates
101 SW Adams, Suite 700
Peoria, IL 61602
drochford@rochfordlaw.com
Fax: 309.637.5346

        Re:    Claimant:      Darren Weeks
               Our Clients:   Andrew Stout & MFS Fleet, Inc.
               Date of Loss:  05/22/2021
               Claim No.      CSI 21068163
               Our File No.:  31176

Dear Nicholas:

I am in receipt of your letter dated November 1, 2021.

This correspondence shall document that on November 3, 2021, I contacted your office and again requested to speak with you regarding any information that you would be able to provide as far as specific bodily injuries sustained by your client, his treatment, and his estimated medical bill amounts presently and future anticipated amounts.

At your earliest convenience, please contact me in order to discuss the above items. I look forward to your response, and I appreciate your cooperation in this regard.

                              Respectfully,

                              THE HUNT LAW GROUP, LLC

                              By:    Michael A. Ciulla, Esq.

EXHIBIT

C

Michael A. Ciulla
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
(312) 384-2314
mciulla@hunt-lawgroup.com



# Jim Rochford
## & Associates

### Attorneys at Law
**Established 1986**

Jim Rochford, Esq.
Timothy P. Cushing, Esq.
Nicholas J. Rochford, Esq.
Cynthia Volk, Esq., Of Counsel

101 SW Adams
Suite 700
Peoria, IL 61602

Phone: (309) 637-5322
Facsimile: (309) 637-5346
E-Mail: drochford@rochfordlaw.com

November 5, 2021

Email: mciulla@hunt-lawgroup.com
**Attn: Michael A. Ciulla, Esq.**
The Hunt Law Group, LLC
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603

Re:  Our Client:       Darren Weeks, Sr.
     Your Client:      Andrew Stout & McLane Company, Inc.
     DOL:              05/22/2021
     Your Claim No.:   CSI 21068163
     Case No.:         2021-LM-00443 Peoria County
     Our File No.:     21-612

Dear Michael:

I am writing to you as a follow up to your letter dated November 3rd on the above-referenced case. My client went to the hospital and followed up with his primary care physician. He is still currently treating with a chiropractor and we are anticipating he will be released from treatment in the not too distant future. Once he has been released, we will order his records and bills and forward them to you with an appropriate demand.

In the meantime, will you be filing an Entry of Appearance and Answer on this case? Also, will you be responding to our previously forwarded property damage demand? If you would like to discuss this case over the phone, I would suggest having your office contact my office to set a mutually convenient time for a phone conference.

Thank you in advance for your anticipated prompt attention.

Sincerely,

For Jim Rochford and Associates

Njr/1
Email: nrochford@rochfordlaw.com

**EXHIBIT**
C
tabbies